## MOTION DOCKET

**90–2236.** State v. D'Ambrosio. *Cuyahoga County,* No. 57448. On motion for leave to supplement the record. Motion denied.
PFEIFER, J., dissents.
F.E. SWEENEY, J., not participating.

**90–2236.** State v. D'Ambrosio. *Cuyahoga County,* No. 57448. On motion to reconsider denial of *pro se* motions. Motions denied.
F.E. SWEENEY, J., not participating.

**92–1030.** Franks v. Sandusky Twp. Bd. of Trustees. *Sandusky County,* No. S–91–18. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**92–1873.** Kiel v. Green Local School Dist. Bd. of Edn. *Wayne County,* No. 2709. On motion to consolidate with 92–2043, *Naylor v. Cardinal School Dist. Bd. of Edn.,* Geauga County, No. 91–G–1629 and 93–441, *Farmer v. Kellys Island Bd. of Edn.,* Erie County, No. E–92–1. Motion granted.
MOYER, C.J., and WRIGHT, J., dissent.

**92–2057.** State ex rel. Hattie v. Capots. *Franklin County,* No. 91AP–1117. On requests for oral argument by appellant and *amicus.* Requests denied.
MOYER, C.J., and PFEIFER, J., dissent.
On motion to dismiss. Motion denied.

**92–2059.** Ohio Civ. Rights Comm. v. David Richard Ingram, D.C., Inc. *Wayne County,* No. 2713. On motions for leave to file *amicus* of 9 to 5 et al. and to amend *amicus* brief. Motions granted.

**92–2236.** McFarland v. Bruno Mach. Corp. *Warren County,* No. CA91–11–089. On motion for leave to file *amicus* of and extension of time for Ohio Association of Civil Trial Attorneys. Motion granted.

**92–2302.** Hamilton v. Ohio Savings Bank. *Cuyahoga County,* No. 61908. On motion to return original papers. Motion granted.

**92–2330.** Hillman v. Hastings Mut. Ins. Co. *Franklin County,* No. 92AP–717. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**92–2345.** Charter Oak Fed. Savings Bank v. Salaam. *Hamilton County,* No. C–910760. On motion for expedited stay. Motion denied.

**92–2443.** Plumbers Local Union No. 94, AFL–CIO v. Kokosing Constr. Co. *Stark County,* No. CA–8865. On motion to reconsider denial of motion to file instanter. Motion denied.
A.W. SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–2549.** Cosgrove v. Williamsburg of Cincinnati Mgt. Co. *Hamilton County,* No. C–910545. On motion for leave to file *amicus* of 9 to 5 et al. and motion for leave to file *amicus* brief instanter. Motions granted.

**92–2560.** State ex rel. Gay v. Indus. Comm. *Franklin County,* No. 92AP–07. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**93–133.** Garlikov v. Continental Cas. Co. Certified Question of State Law. On motion for leave to file *amicus* of Ohio Association of Civil Trial Attorneys. Motion granted.
MOYER, C.J., dissents.

**93–221.** State v. Brown. *Lucas County,* No. L–92–145. On motion for leave to file memorandum in support instanter. Motion denied.
PFEIFER, J., dissents.

**93–303.** Hanna v. Hanna. *Summit County,* No. 15646. On motion for stay. Motion denied.